**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01116-CV

## IN RE AMSE PARTNERS, LP, SCOTT HORTON, AND PAM HORTON, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07537**

## ORDER

Before Justices Lang-Miers, Stoddart and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relators' motion for emergency stay as moot. We **ORDER** relator to bear the costs

of this original proceeding.


/s/    CRAIG STODDART
        JUSTICE